11526.   GOLDBERG *v.* NELSON.

BROYLES, C. J.   The judge of the superior court did not err in overruling
the certiorari.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED JULY 24, 1920.   REHEARING DENIED JULY 28, 1920.

Certiorari; from Fulton superior court — Judge Bell. April 5, 1920.

Application for certiorari was denied by the Supreme Court.

*Roy Lewis,* for plaintiff in error.

*Lowndes Calhoun,* contra.